GREENPOINT MORTGAGE FUNDING, Respondent, v CONGREGATION OHEL ZISSEL et al., Defendants, and HENDY HIRSCH et al., Appellants.

Submitted September 8, 2009; decided October 20, 2009

Reported below, 60 AD3d 809.

Motion for leave to appeal dismissed upon the ground that the order sought to be appealed from does not finally determine the action within the meaning of the Constitution.

LEEWARD ISLES RESORTS, LIMITED, Respondent, v CHARLES C. HICKOX, Appellant.

Submitted August 31, 2009; decided October 20, 2009

Reported below, 61 AD3d 622.

Motion for leave to appeal dismissed upon the ground that the order sought to be appealed from does not finally determine the action within the meaning of the Constitution. Cross motion for the imposition of sanctions denied.

PAUL PALMIERI, Respondent, v TOWN OF BABYLON, Appellant.

Submitted September 9, 2009; decided October 20, 2009

Reported below, 56 AD3d 740.

Motion for reargument of motion for leave to appeal denied. Cross motion for the imposition of sanctions denied [see 12 NY3d 909 (2009)].